# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN WILBURN,<br><br>    Plaintiff,<br><br>  v.<br><br>JIMMY HOMANDO,<br><br>    Defendant. | Case No. 1:18-cv-01150-LJO-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO FORWARD MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL TO THE NINTH CIRCUIT COURT OF APPEAL<br><br>(ECF No. 11) |

Deborah Ann Wilburn ("Plaintiff"), proceeding pro se, filed this action on August 27, 2018, against Jimmy Homando. Following this action being dismissed for failure to state a claim, Plaintiff filed a notice of appeal that was forwarded to the Ninth Circuit Court of Appeal on November 20, 2018. On November 29, 2018, the Ninth Circuit ordered Plaintiff to file a motion to proceed in forma pauperis in the Circuit court.

On December 11, 2018, a motion to proceed in forma pauperis on appeal was filed. Accordingly, the Clerk of the Court is HEREBY DIRECTED to forward the motion to proceed in forma pauperis on appeal to the Ninth Circuit Court of Appeal.

IT IS SO ORDERED.

Dated: **December 14, 2018**

                                        UNITED STATES MAGISTRATE JUDGE